THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| JESSE ENGINEERING COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-CV-01399 RSL<br><br>**STIPULATED MOTION AND (~~PROPOSED~~) ORDER TO EXTEND FRCP 26(a)(2) EXPERT DISCLOSURE DEADLINE BY TWO WEEKS, TO SEPTEMBER 20, 2017**<br><br>**NOTE ON MOTION CALENDAR: SEPTEMBER 5, 2017** |

Plaintiff Jesse Engineering Company and Defendant The Charter Oak Fire Insurance Company (hereinafter collectively the "Parties") submit the following stipulated motion to extend the deadline to exchange expert reports and disclosures pursuant to Fed. R. Civ. P. 26(a)(2) by two weeks. The current deadline to exchange Fed. R. Civ. P. 26(a)(2) expert reports is September 6, 2017. The Parties hereby stipulate to extend the deadline to exchange Fed. R. Civ. P. 26(a)(2) expert reports to September 20, 2017.

STIPULATED MOTION REGARDING EXCHANGE OF
FED. R. CIV. P. 26(A)(2) EXPERT REPORTS - 1

Case No. 2:16-CV-01399 RSL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5445

On August 15, 2017, the Parties participated in a global mediation attempting to resolve both the Present Action and the Underlying Arbitration that forms the basis of the Present Action. The August 15, 2017 mediation was not successful. Regardless, the Parties have continued settlement discussions following mediation. The Parties agree that a two week extension to the expert disclosure deadline will not prejudice any party, will reduce litigation expenses, and may be conducive to further settlement discussions. This extension will not affect any other trial dates or deadlines.

DATED this 5th day of September 2017.

| HARPER | HAYES PLLC | LETHER & ASSOCIATES PLLC |
|---|---|

By: s/ *Gregory L. Harper*
   Gregory L. Harper, WSBA No. 27311
   Thomas M. Williams, WSBA No. 47654
   600 University Street, Suite 2420
   Seattle, WA 98101
   **Tel:**   (206) 340-8010
   **Fax:**  (206) 260-2852
   **Email:**  greg@harperhayes.com
             twilliams@harperhayes.com
*Attorneys for Plaintiff*

By: s/ *Eric J. Neal*
   Thomas Lether WSBA #18089
   Eric J. Neal, WSBA #31863
   1848 Westlake Ave. N., Suite 100
   Seattle, WA 98109
   **Tel.**   (206) 467-5444
   **Fax:**  (206) 467-5544
   **Email:**  tlether@letherlaw.com
             eneal@letherlaw.com
*Attorneys for Defendant*

STIPULATED MOTION REGARDING EXCHANGE OF
FED. R. CIV. P. 26(A)(2) EXPERT REPORTS - 2

Case No. 2:16-CV-01399 RSL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

The deadline for disclosure of expert testimony under FRCP 26(a)(2) is <u>September 22, 2017</u>.

DONE IN OPEN COURT THIS 6th day of Sept., 2017.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
    Gregory L. Harper, WSBA No. 27311
    Thomas M. Williams, WSBA No. 47654
    600 University Street, Suite 2420
    Seattle, WA 98101
    **Tel.:**  (206) 340-8010
    **Fax:**  (206) 260-2852
    **Email:**  greg@harperhayes.com
                twilliams@harperhayes.com
    Attorneys for Plaintiff

LETHER & ASSOCIATES PLLC

By: s/ *Eric Neal*
    Thomas Lether WSBA #18089
    Eric J. Neal, WSBA #31863
    1848 Westlake Ave. N., Suite 100
    Seattle, WA 98109
    **Tel.**  (206) 467-5444
    **Fax:**  (206) 467-5544
    **Email:**  tlether@letherlaw.com

STIPULATED MOTION REGARDING EXCHANGE OF
FED. R. CIV. P. 26(A)(2) EXPERT REPORTS - 3

Case No. 2:16-CV-01399 RSL

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544