THE HONORABLE ROBERT S. LASNIK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

| | |
|---|---|
| JESSE ENGINEERING COMPANY, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE CHARTER OAK FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | No. 2:16-CV-01399 RSL<br><br>STIPULATED MOTION & ~~PROPOSED~~ ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR:<br>December 4, 2017 |

## I. STIPULATION

This case has been fully resolved by settlement. Plaintiff Jesse Engineering Company and Defendant The Charter Oak Fire Insurance Company stipulate that any and all claims, counterclaims, and cross-claims asserted or which could have been asserted in this action be dismissed with prejudice and without an award of costs or fees to any party.

///   ///   ///   ///

///   ///   ///   ///

STIPULATED MOTION & ~~PROPOSED~~ ORDER OF DISMISSAL - 1

-Case No. 2:16-CV-01399 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

1  DATED this 4th day of December 2017.

| HARPER \| HAYES PLLC | LETHER & ASSOCIATES PLLC |
|---|---|
| By: *s/ Gregory L. Harper* | By: *s/ Thomas Lether* |
| Gregory L. Harper, WSBA No. 27311 | Thomas Lether WSBA #18089 |
| *s/ Thomas M Williams* | *s/ Eric J. Neal* |
| Thomas M. Williams, WSBA No. 47654 | Eric J. Neal, WSBA #31863 |
| 600 University Street, Suite 2420 | 1848 Westlake Ave. N., Suite 100 |
| Seattle, WA 98101 | Seattle, WA 98109 |
| Tel.:    (206) 340-8010 | Tel.:    (206) 467-5444 |
| Fax:    (206) 260-2852 | Fax:    (206) 467-5544 |
| Email:  greg@harperhayes.com | Email:  tlether@letherlaw.com |
|         twilliams@harperhayes.com |         eneal@letherlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

STIPULATED MOTION & ~~PROPOSED~~ ORDER OF DISMISSAL - 2

Case No. 2:16-CV-01399 RSL

**HARPER | HAYES PLLC**
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852

## II. ORDER

Based on the above stipulation, IT IS ORDERED:

This action and any and all claims, counterclaims, and cross-claims asserted or which could have been asserted in this action are dismissed with prejudice and without an award of costs or fees to any party.

DONE IN OPEN COURT THIS 6th day of December, 2017.

_____
JUDGE ROBERT S. LASNIK
UNITED STATES DISTRICT COURT

Presented by:

HARPER | HAYES PLLC

By: s/ *Gregory L. Harper*
Gregory L. Harper, WSBA No. 27311
s/ *Thomas M Williams*
Thomas M. Williams, WSBA No. 47654
Attorneys for Plaintiff

LETHER & ASSOCIATES PLLC

By: s/ *Thomas Lether*
Thomas Lether WSBA #18089
s/ *Eric J. Neal*
Eric J. Neal, WSBA #31863
Attorneys for Defendant

STIPULATED MOTION & ~~PROPOSED~~ ORDER OF DISMISSAL - 3

Case No. 2:16-CV-01399 RSL

HARPER | HAYES PLLC
One Union Square
600 University Street, Suite 2420
Seattle, Washington 98101
Telephone: 206-340-8010
Facsimile: 206-260-2852